IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEMHAL SIRAJ,

              Plaintiff,

  v.

BAYER HEALTHCARE LLC,

              Defendant.

_____/

No. C 09-00233 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 14, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 14, 2009.

Designate Liability Experts by pltf: 9/21/09, deft rebuttal: 10/13/09, Liability Expert Discovery Cutoff:10/26/2009, Designate Damages Expert: 1/8/10, Rebuttal Damages Expert: 1/19/10, Damage Expert Discovery Cutoff: 1/29/10.
      Parties **SHALL** conform to Rule 26(a)(2).

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009 ;

      Opp. Due November 30, 2009;  Reply Due December 7, 2009;

       and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 9, 2010 at 3:30 PM.

JURY TRIAL DATE: March 22, 2010 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur on 6/30/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California