MELINDA S. RIECHERT, State Bar No. 065504
MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com
       mgriffithjones@morganlewis.com

Attorneys for Defendant
BAYER HEALTHCARE LLC


KENNETH C. ABSALOM, State Bar No. 114607
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
Email: kenabsalom@333law.com

Attorneys for Plaintiff
SEMHAL SIRAJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMHAL SIRAJ,<br><br>            Plaintiff,<br><br>    vs.<br><br>BAYER HEALTHCARE LLC and DOES 1 through 20,<br><br>            Defendants. | Case No. 3:09-cv-00233-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO DISCLOSE ITS REBUTTAL EXPERTS TO OCTOBER 21, 2009**<br><br>Complaint Filed:   December 18, 2008<br>Trial Date:            April 12, 2010 |

1  Plaintiff Semhal Siraj ("Plaintiff") and Defendant Bayer HealthCare LLC ("Defendant"),
2  by and through their undersigned counsel, file this stipulation to extend the time by which
3  Defendant must disclose its rebuttal liability experts:
4  WHEREAS, the Court's May 6, 2009 Pretrial Preparation Order set September 21, 2009
5  as the last day for Plaintiff to designate liability experts, and October 13, 2009 as the last day for
6  Defendant to designate rebuttal liability experts;
7  WHEREAS, the Court's May 6, 2009 Pretrial Preparation Order set Defendant's deadline
8  to designate rebuttal liability experts twenty-two (22) days after Plaintiff's designation of liability
9  experts;
10 WHEREAS, on August 18, 2009, the Court extended Plaintiff's deadline to disclose
11 liability experts to September 30, 2009;
12 WHEREAS, the parties agree to allow Defendant twenty-one (21) days after September
13 30, 2009, to designate its rebuttal liability experts;
14 WHEREAS, the parties agree that Defendant shall designate its rebuttal liability experts
15 by October 21, 2009;
16 IT IS HEREBY STIPULATED, pursuant to Federal Rules of Civil Procedure 26 and 29,
17 that Plaintiff Semhal Siraj and Defendant Bayer HealthCare LLC, by and through their attorneys,
18 agree to extend Defendant's deadline for designating its rebuttal liability experts to October 21,
19 2009.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | |
| 3 | Dated: October 13, 2009      LAW OFFICES OF NEVIN & ABSALOM |

By _____
Kenneth C. Absalom
Attorneys for Plaintiff
SEMHAL SIRAJ

Dated: October 13, 2009    MORGAN, LEWIS & BOCKIUS LLP

By _____
Michelle A. Griffith-Jones
Attorneys for Defendant
BAYER HEALTHCARE LLC

**IT IS SO ORDERED.**

Dated: _____    By _____
The Honorable Susan Illston
United States District Court Judge