MELINDA S. RIECHERT, State Bar No. 065504
MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
Email:  mriechert@morganlewis.com
           mgriffithjones@morganlewis.com

Attorneys for Defendant
BAYER HEALTHCARE LLC


KENNETH C. ABSALOM, State Bar No. 114607
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile:  (415) 392-3729
Email:  kenabsalom@333law.com

Attorneys for Plaintiff
SEMHAL SIRAJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMHAL SIRAJ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BAYER HEALTHCARE LLC and DOES 1 through 20,<br><br>　　　　　　Defendants. | Case No. 3:09-cv-00233-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT DEADLINES**<br><br>Complaint Filed:   December 18, 2008<br>Trial Date:            April 12, 2010 |

DB2/21405884.2

1

STIP. TO EXTEND SUMMARY JUDGMENT
DEADLINES
CASE NO. 3:09-cv-00233-SI

1    Plaintiff Semhal Siraj ("Plaintiff") and Defendant Bayer HealthCare LLC ("Defendant"), collectively referred to as the "Parties," by and through their undersigned counsel, file this stipulation to extend the deadlines related to summary judgment motions:

WHEREAS, Plaintiff filed her Complaint on December 18, 2008;

WHEREAS, on May 6, 2009, the Court issued a Pretrial Preparation Order ordering dispositive motions to be filed by November 13, 2009; opposition papers to be filed by November 30, 2009; reply papers to be filed by December 7, 2009; and the hearing to be scheduled no later than December 18, 2009;

WHEREAS, the Court's May 6, 2009 Order set trial for March 22, 2010, with the pretrial conference set for March 9, 2010;

WHEREAS, on August 18, 2009, the Court continued the trial date to April 12, 2010, continued the date for the pre-trial conference to March 30, 2010, and did not continue the summary judgment deadlines;

WHEREAS, on October 8, 2009, the Court ordered the Parties to participate in a settlement conference on January 7, 2010;

WHEREAS, the Parties have stipulated to a continuance of the deadlines for the motions for summary judgment in order to complete discovery and engage in good faith settlement discussions prior to filing dispositive motions;

WHEREAS, neither party has been or will be prejudiced by the continuation of these litigation deadlines;

WHEREAS, the Parties' stipulation does _not_ affect the trial date or date for pre-trial conference;

THEREFORE, the Parties request that the Court approve the following litigation deadlines:

| Event | Old deadline | New deadline |
|---|---|---|
| Last day to file Notice of Motion for Summary Judgment: | 11/13/2009 | 01/22/2010 |
| Last day to file Opposition to Motion for Summary Judgment | 11/30/2009 | 02/05/2010 |
| Last day to file Reply to Opposition of Motion for Summary Judgment | 12/07/2009 | 02/12/2010 |
| Hearing on Motion for Summary Judgment | 12/18/2009 | 02/26/2010 |

**IT IS SO STIPULATED.**

Dated: November 5, 2009                LAW OFFICES OF NEVIN & ABSALOM


                                       By /s/James Achermann
                                           Jim Achermann
                                           Attorneys for Plaintiff
                                           SEMHAL SIRAJ

Dated: November 5, 2009                MORGAN, LEWIS & BOCKIUS LLP


                                       By /s/Michelle A. Griffith-Jones
                                           Michelle A. Griffith-Jones
                                           Attorneys for Defendant
                                           BAYER HEALTHCARE LLC

**IT IS SO ORDERED.**

Dated: _____                 By /s/ Susan Illston
                                           The Honorable Susan Illston
                                           United States District Court Judge

DB2/21405884.2                 3                 STIP. TO EXTEND SUMMARY JUDGMENT DEADLINES
CASE NO. 3:09-cv-00233-SI