1  KENNETH C. ABSALOM, State Bar No. 114607
   Law Offices of Nevin & Absalom
2  22 Battery Street, Suite 333
   San Francisco, California 94111
3  Telephone: (415) 392-5040
   Facsimile: (415) 392-3729
4  Email: kenabsalom@333law.com

5  Attorneys for Plaintiff
   SEMHAL SIRAJ
6

7  MELINDA S. RIECHERT, State Bar No. 65504
   MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
8  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
9  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
10 Tel: 650.843.4000
   Fax: 650.843.4001
11 Email: mriechert@morganlewis.com
   Email: mgriffithjones@morganlewis.com
12
   Attorneys for Defendant
13 BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMHAL SIRAJ, | Case No. C 09-00233 SI |
| Plaintiff, | **CONFIDENTIALITY AGREEMENT AND STIPULATION AND PROTECTIVE ORDER FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| BAYER HEALTHCARE LLC and DOES 1 through 20, | |
| Defendants. | |

1    In connection with the above-captioned action, Plaintiff Semhal Siraj ("Plaintiff" or
2 "Siraj") and Defendant Bayer HealthCare LLC ("Defendant" or "Bayer"), collectively referred to
3 as the "Parties," by and through their undersigned attorneys, stipulate that the following
4 Confidentiality Agreement and Stipulation and Protective Order may be entered by the Court:
5    1.    This Confidentiality Agreement and Stipulation and Protective Order applies to the
6 production of documents in the above-captioned action, including, but not limited to, production
7 of Defendant's Batch Production Records ("BPRs").
8    2.    All documents marked as "Confidential" (hereinafter referred to as "Confidential
9 Material"), may only be used for the purposes of preparing for and conducting the litigation or
10 settlement of the instant action and shall not be used for any other purpose whatsoever.
11 Confidential Material shall not be disclosed except in accordance with the terms of this
12 Confidentiality Agreement and Stipulation and Protective Order.
13    3.    Confidential Material may be referred to by Plaintiff or Defendant in papers filed
14 with the Court in the instant action and/or in discovery papers. However, no such information
15 shall be used for any of these purposes unless the papers, or the portion thereof referencing the
16 Confidential Material are appropriately designated as "Confidential," and, if filed with the Court,
17 filed under seal.
18    4.    The production or disclosure of some Confidential Material shall in no way
19 constitute a waiver of any of Defendant's rights to object to the production or disclosure of other
20 Confidential Material or information and shall have no effect on any other dispute over the
21 parties' right to apply to the Court for a further protective order relating to any other confidential
22 material.
23    5.    All copies or derivations of Confidential Material shall also be labeled
24 "Confidential" and shall be treated as such in accordance with the terms of this Confidentiality
25 Agreement and Stipulation and Protective Order.
26    6.    If Confidential Material, or any material derived therefrom, is used at a deposition,
27 those portions of deposition testimony must also be designated as "Confidential." The Defendant
28 may state during the deposition which testimony should be treated as confidential and request that

1  the Court reporter print that portion of the transcript separately and mark it "Confidential."

2      7.    Confidential Material, and all material derived therefrom, may only be disclosed or made available to Qualified Persons, who are defined to consist of:

    (a)    The Court and employees of the Court;

    (b)    Counsel to the Parties in the instant matter (both in-house and outside counsel), including clerical, secretarial and paralegal staff employed by such counsel;

    (c)    Experts or consultants and their staff assisting in the prosecution or defense of the instant matter, provided that they sign Exhibit A;

    (d)    The Parties and representatives or employees of the Parties (e.g., officers, directors, employees, trustees) on a need-to-know basis;

    (e)    Any person who has knowledge of the specific facts identified in the Confidential Material, provided that they sign Exhibit A;

    (f)    Court reporters and other persons involved in recording deposition testimony in this action by any means;

    (g)    Any other person to whom Defendant agrees in writing;

    (h)    Commercial photocopying services ordinarily used by counsel for the purposes of photocopying, if such services are deemed reasonably necessary under the circumstances; and

    (i)    Other witnesses when testifying or persons who a party reasonably believes may be called as a witness, provided that they sign Exhibit A.

    8.    Counsel for the parties shall take all reasonable precautions to prevent the unauthorized disclosure of Confidential Material and other confidential information derived therefrom.

    9.    The binding effect of this Protective Order shall survive termination of this action, and the Court shall retain jurisdiction to enforce the Protective Order.

1 | IT IS SO STIPULATED.

2
3 | Dated: ~~September~~ Nov. 14, 2009        NEVIN & ABSALOM

4 | By _Kenneth Absalom_ (signature)
    Kenneth C. Absalom
5 | Attorneys for Plaintiff
    SEMHAL SIRAJ

6
7 | Dated: ~~September~~ NOV. 16, 2009        MORGAN, LEWIS & BOCKIUS LLP

8 | By _M. Griffith-Jones_ (signature)
    Michelle A. Griffith-Jones
9 | Attorneys for Defendants
    BAYER HEALTHCARE LLC

10
11
12 | IT IS SO ORDERED.
13
14 | DATED: _____     _Susan Illston_ (signature)
15 | Honorable Susan Illston
     United States District Judge
16

DB2/21413581.2          3          PROTECTIVE ORDER FOR PRODUCTION
                                   OF DOCUMENTS
                                   Case No. C 09-00233 SI

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [full name], of _____ [full address], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Agreement and Stipulation and Protective Order that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of *Semhal Siraj v. Bayer HealthCare LLC*, Case No. C 09-00233-SI. I agree to comply with and to be bound by all the terms of this Confidentiality Agreement and Stipulation and Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Confidentiality Agreement and Stipulation and Protective to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Confidentiality Agreement and Stipulation and Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____
            [printed name]

Signature: _____
            [signature]