KENNETH C. ABSALOM, State Bar No. 114607
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
Email: kenabsalom@333law.com

Attorneys for Plaintiff
SEMHAL SIRAJ

MELINDA S. RIECHERT, State Bar No. 65504
MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com
Email: mgriffithjones@morganlewis.com

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMHAL SIRAJ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BAYER HEALTHCARE LLC and DOES 1 through 20,<br><br>　　　　　　　Defendants. | Case No. C 09-00233 SI<br><br>**CONFIDENTIALITY AGREEMENT AND STIPULATION AND PROTECTIVE ORDER FOR PRODUCTION OF DOCUMENTS** |

DB2/21413581.2

PROTECTIVE ORDER FOR PRODUCTION
OF DOCUMENTS
Case No. C 09-00233 SI

In connection with the above-captioned action, Plaintiff Semhal Siraj ("Plaintiff" or "Siraj") and Defendant Bayer HealthCare LLC ("Defendant" or "Bayer"), collectively referred to as the "Parties," by and through their undersigned attorneys, stipulate that the following Confidentiality Agreement and Stipulation and Protective Order may be entered by the Court:

1.      This Confidentiality Agreement and Stipulation and Protective Order applies to the production of documents in the above-captioned action, including, but not limited to, production of Defendant's Batch Production Records ("BPRs").

2.      All documents marked as "Confidential" (hereinafter referred to as "Confidential Material"), may only be used for the purposes of preparing for and conducting the litigation or settlement of the instant action and shall not be used for any other purpose whatsoever. Confidential Material shall not be disclosed except in accordance with the terms of this Confidentiality Agreement and Stipulation and Protective Order.

3.      Confidential Material may be referred to by Plaintiff or Defendant in papers filed with the Court in the instant action and/or in discovery papers.  However, no such information shall be used for any of these purposes unless the papers, or the portion thereof referencing the Confidential Material are appropriately designated as "Confidential," and, if filed with the Court, filed under seal.

4.      The production or disclosure of some Confidential Material shall in no way constitute a waiver of any of Defendant's rights to object to the production or disclosure of other Confidential Material or information and shall have no effect on any other dispute over the parties' right to apply to the Court for a further protective order relating to any other confidential material.

5.      All copies or derivations of Confidential Material shall also be labeled "Confidential" and shall be treated as such in accordance with the terms of this Confidentiality Agreement and Stipulation and Protective Order.

6.      If Confidential Material, or any material derived therefrom, is used at a deposition, those portions of deposition testimony must also be designated as "Confidential."  The Defendant may state during the deposition which testimony should be treated as confidential and request that

1 the Court reporter print that portion of the transcript separately and mark it "Confidential."

2   7.   Confidential Material, and all material derived therefrom, may only be disclosed or made available to Qualified Persons, who are defined to consist of:

(a)   The Court and employees of the Court;

(b)   Counsel to the Parties in the instant matter (both in-house and outside counsel), including clerical, secretarial and paralegal staff employed by such counsel;

(c)   Experts or consultants and their staff assisting in the prosecution or defense of the instant matter, provided that they sign Exhibit A;

(d)   The Parties and representatives or employees of the Parties (e.g., officers, directors, employees, trustees) on a need-to-know basis;

(e)   Any person who has knowledge of the specific facts identified in the Confidential Material, provided that they sign Exhibit A;

(f)   Court reporters and other persons involved in recording deposition testimony in this action by any means;

(g)   Any other person to whom Defendant agrees in writing;

(h)   Commercial photocopying services ordinarily used by counsel for the purposes of photocopying, if such services are deemed reasonably necessary under the circumstances; and

(i)   Other witnesses when testifying or persons who a party reasonably believes may be called as a witness, provided that they sign Exhibit A.

8.   Counsel for the parties shall take all reasonable precautions to prevent the unauthorized disclosure of Confidential Material and other confidential information derived therefrom.

9.   The binding effect of this Protective Order shall survive termination of this action, and the Court shall retain jurisdiction to enforce the Protective Order.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | |
| 3 | Dated: ~~September~~ Nov. 14, 2009     NEVIN & ABSALOM |
| 4 | By _/s/ Kenneth C. Absalom_ |
| 5 | Kenneth C. Absalom<br>Attorneys for Plaintiff |
| 6 | SEMHAL SIRAJ |
| 7 | Dated: ~~September~~ Nov. 16, 2009 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | By _/s/ Michelle A. Griffith-Jones_ |
| 9 | Michelle A. Griffith-Jones<br>Attorneys for Defendants |
| 10 | BAYER HEALTHCARE LLC |

IT IS SO ORDERED.

DATED: _____   _/s/ Susan Illston_
Honorable Susan Illston
United States District Judge

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [full name], of _____ [full address], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Agreement and Stipulation and Protective Order that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of *Semhal Siraj v. Bayer HealthCare LLC*, Case No. C 09-00233-SI. I agree to comply with and to be bound by all the terms of this Confidentiality Agreement and Stipulation and Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Confidentiality Agreement and Stipulation and Protective to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Confidentiality Agreement and Stipulation and Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____
                       [printed name]

Signature: _____
                       [signature]

DB2/21413581.2

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND