KENNETH C. ABSALOM, ESQ., (SNB 114607)
JAMES J. ACHERMANN, ESQ., (SBN 262514)
LAW OFFICES OF NEVIN & ABSALOM
22 BATTERY STREET, SUITE 333
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 392-5040)
FACSIMILE:  (415) 392-3729

Attorney for Plaintiff
Semhal Siraj


MELINDA S. REICHERT, ESQ., (SBN 065504)
MICHELLE A. GRIFFITH-JONES, ESQ., (SBN 259914)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
TELEPHONE: (650) 843-4000
FACSIMILE:   (650) 843-4001

Attorney for Defendant
Bayer HealthCare LLC

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMHAL SIRAJ, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE, LLC, AND DOES 1 THROUGH 20., <br><br> Defendant | 3:09-CV-09 0233-SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DAMAGES EXPERT DEADLINES** <br><br> Complaint filed: December 18, 2008 <br> Trial Date:       April 12, 2010 |

Plaintiff Semhal Siraj ("Plaintiff") and Defendant Bayer HealthCare LLC ("Defendant"), collectively referred to as the "Parties," by and through their undersigned counsel, file this stipulation to extend the deadlines related to Disclosure of Liability Experts:

WHEREAS, Plaintiff filed her Complaint on December 18, 2008;

STIP. TO EXTEND LIABILITY EXPERT DEADLINES- 1

WHEREAS, on May 6, 2009, the Court issued a Pretrial Preparation Order ordering Designation of Damages Experts on January 8, 2010, Rebuttal Damages Expert on January 19, 2010, and Damage Expert Discovery Cutoff on January 29, 2010;

WHEREAS, the Court's May, 6 2009 Order set trial for March 22, 2010, with the pretrial conference set for March 9, 2010;

WHEREAS, on August 18, the Court continued the trial date to April 12, 2010, continued the date for pre-trial conference to March 30, 2010;

WHEREAS, on October 8, 2009, the Court ordered the Parties to participate in a settlement conference on January 7, 2010;

WHEREAS, On November 6, 2009 the Court continued the deadlines for motions for Summary Judgment to January 22, 2010, Opposition to Motion for Summary Judgment on February 5, 2010, Reply to Opposition to Motion for Summary Judgment on February 12, 2010, and the Hearing on Motion for Summary Judgment on February 26, 2010;

WHEREAS, On December 2, 2009 the Court ordered the Parties to participate in a settlement conference January 19, 2010;

WHEREAS, the Parties have stipulated to a continuance of the deadlines for Damages Experts in order to engage in good faith settlement discussions prior to obtaining and disclosing and engaging in discovery of Damages Experts;

WHEREAS, neither party has been or will be prejudiced by the continuance of these litigation deadlines;

WHEREAS, the Parties' stipulation does not affect the trial date or date for pre-trial conference;

THEREFORE, the Parties request that the Court approve the following litigation deadlines:

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Last Day to Designate Damages Expert | 1/08/2010 | 1/29/2010 |
| Last Day to Designate Rebuttal Damages Expert | 1/19/2010 | 2/11/2010 |
| Last Day for Damages Expert Discovery | 1/29/2010 | 2/21/2010 |

**IT IS SO STIPULATED.**

Dated: December 31, 2009          LAW OFFICES OF NEVIN & ABSALOM

By _/s/ James J. Achermann_
James J. Achermann
Attorney for Plaintiff
SEMHAL SIRAJ

Dated: December 31, 2009          MORGAN, LEWIS & BOCKIUS LLP

By _/s/ Michelle Griffith-Jones_
Michelle A. Griffith-Jones
Attorney for Defendant
BAYER HEALTHCARE LLC

**IT IS SO ORDERED.**

Dated_____          By _____
The Honorable Susan Illston
United States District Court Judge

STIP. TO EXTEND LIABILITY EXPERT DEADLINES- 3