UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMHAL SIRAJ, | No. C-09-0233 SI (EMC) |
|     Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| BAYER HEALTHCARE, LLC, | |
|     Defendant. | |

By letter dated March 8, 2010, Plaintiff SEMHAL SIRAJ, through counsel Kenneth C. Absalom, Nevin & Absalom, requested to be excused from personally appearing at the settlement conference scheduled for March 15, 2010. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that Plaintiff SEMHAL SIRAJ be available by telephone from 1:30 p.m. Pacific Time until further notice on March 15, 2010.

If the Court concludes that the absence of Plaintiff SEMHAL SIRAJ is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Plaintiff SEMHAL SIRAJ.

IT IS SO ORDERED.

Dated: March 11, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge