UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMHAL SIRAJ, | No. C-09-0233 SI (EMC) |
|     Plaintiff, | |
|     v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| BAYER HEALTHCARE, LLC, | |
|     Defendant. | |

By letter dated March 9, 2010, the corporate representative of Defendant BAYER HEALTHCARE, LLC, through counsel Michelle Griffith-Jones, Morgan, Lewis & Bockius, requested to be excused from personally appearing at the settlement conference scheduled for March 15, 2010. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that Defendant BAYER HEALTHCARE, LLC's corporate representative be available by telephone from 1:30 p.m. Pacific Time until further notice on March 15, 2010.

If the Court concludes that the absence of Defendant BAYER HEALTHCARE, LLC's corporate representative is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant BAYER HEALTHCARE, LLC's corporate representative.

IT IS SO ORDERED.

Dated: March 11, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge